1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROGER YANG
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336

```
___ FILED      ___ RECE
___ ENTERED    ___ SERV
           COUNSEL/PARTIES OF RF

           FEB 19 2014

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEP
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | 2:14-cr-54 |
| vs. | **VIOLATIONS:**<br>18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(ii), Unauthorized Access to a Protected Computer;<br>18 U.S.C. § 2701(a)(1) and (2) and (b)(1)(A), Unlawful Access to Stored Communications; and<br>47 U.S.C. § 223(a)(1)(C), Use of a Telecommunication Device to Annoy, Abuse, Threaten or Harass. |
| JEFFREY CHRISTOPHER GRANADOS, | |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

#### COUNT ONE
Unauthorized Access to a Protected Computer

1.  Between on or about May 24, 2013, and on or about July 30, 2013, in the State and Federal District of Nevada,

JEFFREY CHRISTOPHER GRANADOS

defendant herein, did knowingly and intentionally access and cause to be accessed without authorization, and thereby obtained information, to wit: the contents of the victim's wireless service account, from a computer used in and affecting interstate and foreign commerce, namely, a server of Verizon Wireless, in furtherance of the crime of Use of a Telecommunication Device

to Annoy, Abuse, Threaten and Harass and the torts of Invasion of Privacy and Intentional Infliction of Emotional Distress, all in violation of Title 18, United States Code, § 1030(a)(2)(C), and § 1030(c)(2)(B)(ii).

## COUNT TWO
Unauthorized Access to a Protected Computer

2. On or about June 25, 2013, in the State and Federal District of Nevada,

### JEFFREY CHRISTOPHER GRANADOS

defendant herein, did knowingly and intentionally access and cause to be accessed without authorization, and thereby obtained information, to wit: the contents of the victim's wireless service account, from a computer used in and affecting interstate and foreign commerce, namely, a server of Facebook, in furtherance of the crime of Use of a Telecommunication Device to Annoy, Abuse, Threaten and Harass and the torts of Invasion of Privacy and Intentional Infliction of Emotional Distress, all in violation of Title 18, United States Code, § 1030(a)(2)(C), and § 1030(c)(2)(B)(ii).

## COUNT THREE
Unauthorized Access to a Protected Computer

3. Between on or about June 17, 2013, and on or about August 11, 2013, in the State and Federal District of Nevada,

### JEFFREY CHRISTOPHER GRANADOS

defendant herein, did knowingly and intentionally access and cause to be accessed without authorization, and thereby obtained information, to wit: the victim's employee account information, from a computer used in and affecting interstate and foreign commerce, namely, a server of Kenexa, Inc., in furtherance of the crimes of Use of a Telecommunication Device to Annoy, Abuse, Threaten and Harass, and Violation of a Protective Order in violation of NRS

33.070, and the torts of Invasion of Privacy and Intentional Infliction of Emotional Distress, all in violation of Title 18, United States Code, § 1030(a)(2)(C), and § 1030(c)(2)(B)(ii).

## COUNT FOUR
Unlawful Access to Stored Communications

4. Between on or about May 24, 2013, and on or about July 30, 2013, in the State and Federal District of Nevada,

JEFFREY CHRISTOPHER GRANADOS

defendant herein, did knowingly and intentionally access without authorization a facility through which an electronic communication service is provided, as defined in Title 18, United States Code, Section 2510(15), to wit: the Verizon Wireless servers, and thereby obtained, altered, and prevented authorized access to a wire and electronic communication while it was in electronic storage in such system for the purpose of malicious destruction and damage and in furtherance of the crime of Use of a Telecommunication Device to Annoy, Abuse, Threaten and Harass and the torts of Invasion of Privacy and Intentional Infliction of Emotional Distress, all in violation of Title 18, United States Code, § 2701(a)(1) and § 2701(b)(1).

## COUNT FIVE
Use of a Telecommunication Device to Annoy, Abuse, Threaten and Harass

5. On or about June 20, 2013, in the State and Federal District of Nevada,

JEFFREY CHRISTOPHER GRANADOS

the defendant herein, did utilize a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass A.B. and S.B., all in violation of Title 47, United States Code, Section 233(a)(1)(C).

## FORFEITURE ALLEGATION

1. The allegations of Counts One, Two, and Three of this Criminal Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture

1 | pursuant to Title 18, United States Code, Section 1030(j)(1).

2 |     2. Upon a conviction of any felony offense charged in Counts One, Two, and Three
3 | of this Criminal Indictment,

4 |                     JEFFREY CHRISTOPHER GRANADOS

5 | defendant herein, shall forfeit to the United States of America, any personal property used or
6 | intended to be used to commit or to facilitate the commission of any violation of Title 18, United
7 | States Code, Section 1030(a)(2)(C):

8 |       a. A MacBook Pro S/N: W8921A8F66D:
9 |       b. a MacBook Pro S/N: C02HF14VDV11; and
10 |       c. an iPhone S/N: C28H72S1DTD1

11 | All pursuant to Title 18, United States Code, Section 1030(a)(2)(C) and (j)(1).

**DATED:** this 10th day of February, 2014

**A TRUE BILL:**

                    /S/
                FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*Roger Yang* (signature)

ROGER YANG
Assistant United States Attorney