# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-54 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| JEFFREY CHRISTOPHER GRANADOS, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Granados*, case no. 2:14-cr-00054-JCM-CWH.

On February 23, 2016, the court sentenced defendant to four months custody with three years of supervised release to follow. (ECF No. 60). Attorney Lance Hendron represented defendant at the sentencing hearing.

On February 20, 2018, defendant filed a notice *pro se* with this court related to his supervision. (ECF No. 63). The court orders Hendron to submit a status report indicating whether he will represent defendant going forwards.

Accordingly,

IT IS HEREBY ORDERED that Hendron shall submit a status report within fourteen (14) days of the filing of this order.

DATED February 27, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**