# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEFFREY CHRISTOPHER GRANADOS,

        Defendant.

Case No. 2:14-cr-00054-JCM-CWH

**ORDER**

        This matter is before the court on attorney Lance J. Hendron's Motion to Withdraw as Counsel (ECF No. 66), filed on March 13, 2018. The government did not file a response.

        In February 2016, the United States district judge assigned to this case sentenced defendant to four months custody with three years of supervised release to follow. (Mins. of Proceedings (ECF No. 60); J. (ECF No. 62).) Defendant now seeks early termination of his supervised release. (Letter (ECF No. 63).) Mr. Hendron, who represented defendant at the sentencing hearing, moves to withdraw as defendant's attorney, stating that defendant is unable to financially afford future attorney's fees. Mr. Hendron requests that the court appoint a Federal Public Defender to assist defendant.

        Having reviewed and considered the motion, and good cause appearing, the court will grant the motion in part and will deny the motion in part, without prejudice. The motion is granted to the extent that Mr. Hendron's may withdraw as defendant's attorney. The motion is denied without prejudice to the extent that defendant requests a Federal Public Defender. Given that the court does not have a current financial affidavit for defendant, the court is unable to evaluate whether defendant is financially able to afford an attorney. If defendant wishes to obtain an attorney, he may file an updated financial affidavit and a motion requesting an attorney. The court is attaching a

blank financial affidavit (form CJA 23) to this order.

IT IS THEREFORE ORDERED that attorney Lance J. Hendron's Motion to Withdraw (ECF No. 66) is GRANTED in part and DENIED in part as stated in this order.

IT IS FURTHER ORDERED that Mr. Hendron must serve a copy of this order, along with the attached form CJA 23, on defendant and must file proof of that service by April 11, 2018.

DATED: April 4, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

| | | |
|---|---|---|
| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE | |

**IN THE UNITED STATES** ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____

FOR _____

AT _____

LOCATION NUMBER _____

PERSON REPRESENTED *(Show your full name)* _____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge _____
District Court _____
Court of Appeals _____

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☐ No
**IF YES**, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
**RECEIVED**       **SOURCES**
**IF YES,** give the amount received and identify the sources
$ _____    _____
$ _____    _____
$ _____    _____

**CASH**  Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

**VALUE**       **DESCRIPTION**
**IF YES,** give value and description for each
$ _____    _____
$ _____    _____
$ _____    _____
$ _____    _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ Single
___ Married
___ Widowed
___ Separated or Divorced
Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____    _____
SIGNATURE OF DEFENDANT                              Date
*(OR PERSON REPRESENTED)*

[ Print ]    [ Save As... ]                                                        [ Reset ]